## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Randy Williams,** | **Civil No. 07-646 (PJS-JJG)** |
| Plaintiff, | |
| v. | **ORDER** |
| **Holographic Label Converting, Inc., Scott LaBelle,** | |
| Defendants. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Williams' motion for default judgment (Doc. No. 5) is **GRANTED.**

2. The defendants' motion for additional time to answer (Doc. No. 17) is **DENIED.**

3. Judgment is entered against the defendants in the amount of $15,676.78.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 14th day of August, 2007.

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge